

# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND
### OFFICE OF THE CLERK

Felicia C. Cannon, Clerk of Cou
Elizabeth B. Snowden, Chief Depu
Catherine Stavlas, Chief Depu

:ply to Northern Division Address

January 10, 2020

TRANSMITTAL LETTER TO:
Clerk, Superior Court for the
District of Columbia
500 Indiana Avenue, NW
Washington, DC 20001

DATE: 1/10/20
CASE NAME: Bruke Yared
CASE NO.: 20-0137-ADC
YOUR DOCKET NO.: 2017-CMD-013498

Enclosed herein please find certified copies of the following:

Bench Warrant (copy)
Order Appointing the Federal Public Defender
Order Of Detention By Agreement
Waiver of Rule 5(c)(3) Hearings
Commitment To Another District
Docket Sheet from the District of DC & MD
Magistrate Criminal Minutes

**Please acknowledge receipt of the above-named documents on the enclosed copy of this transmittal letter and return same to this office. Thank you**

Return to: Keisha-Ann Carter
Clerk, U.S. District Court
101 W. Lombard Street, Room 4415
Baltimore, MD 21201-2675

By: _____
Deputy Clerk
KEISHA-ANN CARTER